# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
True Religion Apparel, Inc.
        Debtor

_____

Steven Balasiano

        Plaintiff

        vs.

AJ Squared Security, Inc

        Defendant(s)

Bankruptcy Case No.: 20–10941–CTG

Bankruptcy Chapter:  11

Adv. Proc. No.:  22–50114–CTG

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: AJ Squared Security, Inc

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____

Una O'Boyle, Clerk of Court

Date: 1/19/23

By:  Donna Capell, Deputy Clerk

(VAN–431)