# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                    Bankruptcy Case No.: 20–10941–CTG
True Religion Apparel, Inc.
    Debtor                                               Bankruptcy Chapter:  11

_____

Steven Balasiano

    Plaintiff                                            Adv. Proc. No.:  22–50114–CTG

    vs.

AJ Squared Security, Inc

    Defendant(s)

### JUDGMENT BY DEFAULT

On 1/19/2023, default was entered against defendant(s) AJ Squared Security, Inc The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) AJ Squared Security, Inc in the amount of $37,395.32 plus court filing costs in the amount of $350.00.


Date: 1/19/23                                          _____

                                                       Una O'Boyle, Clerk of Court


(VAN–433b)